# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| *JW Aluminum Company*,<br><br>    Plaintiff,<br>v.<br><br>*ACE American Insurance Company*,<br>*Starr Technical Risks Agency, Inc.*,<br>*Westport Insurance Corporation*,<br>*AIG Specialty Insurance Company*,<br>&<br>*General Security Indemnity Company of Arizona*,<br><br>    Defendants. | Case No. 2:21-cv-01034-BHH<br><br>NOTICE OF FILING ACCEPTANCE OF SERVICE OF SUMMONS AND COMPLAINT |

Please take notice that on May 13, 2021, service of the Summons, Complaint and Answers to Local Rule 26.01 Interrogatories in the above-captioned action were accepted by Gwendolyn L. Fuller, General Counsel, on behalf of the South Carolina Department of Insurance for Defendants ACE American Insurance Company, Westport Insurance Corporation, AIG Specialty Insurance Company, and General Security Indemnity Company of Arizona. Copies of the Acceptances of Service are attached hereto.

Respectfully submitted,

s/Rita Bolt Barker
Matthew Richardson (D.S.C. No. 7791)
WYCHE, P.A.
807 Gervais Street, Suite 301
Columbia, South Carolina 29201
Telephone: 803-254-6642
Facsimile: 803-254-6544
Email: mrichardson@wyche.com

Rita Bolt Barker (D.S.C No. 10566)

        200 East Camperdown Way
        Post Office Box 728
        Greenville, SC, 29602-0728
        Telephone: 864-242-8235
        Facsimile: 864-235-8900
        Email: rbarker@wyche.com

        Peter M. Gillon
        Brendan Hogan
        *(Pro Hac Vice Applications Forthcoming)*
        Pillsbury Winthrop Shaw Pittman LLP
        1200 Seventeenth Street NW
        Washington, DC 20036-3006
        Telephone: +1-202-663-8120
        Email: Brendan.hogan@pillsburylaw.com

        ***Attorneys for Plaintiff***

Dated: May 17, 2021