# EXHIBIT B

# Proof of Service on Defendant Westport Insurance Corporation



# South Carolina
# Department of Insurance

Capitol Center
1201 Main Street, Suite 1000
Columbia, South Carolina 29201

**HENRY McMASTER**
Governor

**RAYMOND G. FARMER**
Director

Mailing Address:
P.O. Box 100105, Columbia, S.C. 29202-3105

May 14, 2021

CERTIFIED MAIL
RETURN RECEIPT REQUESTED
WESTPORT INSURANCE CORPORATION
c/o CT Corporation System
2 Office Park Court, Suite 103
Columbia, SC 29223

Dear Sir:

On May 13, 2021, I accepted service of the attached Summons, Complaint and Answers to Interrogatories on your behalf. I am, hereby, forwarding that accepted process on to you pursuant to the provisions of S.C. Code Ann. § 38-5-70. By forwarding accepted process on to you, I am meeting a ministerial duty imposed upon me by S.C Code Ann. § 15-9-270. I am not a party to this case. The State of South Carolina Department of Insurance is not a party to this case. It is important for you to realize that service was effected upon your insurer on my date of acceptance for service.

**You must promptly acknowledge in writing your receipt of this accepted process to sdubois@doi.sc.gov.** When replying, please refer to File Number 183928, <u>JW Aluminum Company v. WESTPORT INSURANCE CORPORATION, et al.</u>, 2:21-cv-01034-BHH.

By:

*Gwendolyn Fuller McGuff*

Gwendolyn L Fuller
General Counsel
(803)737-6732

Sincerely Yours,

Raymond G. Farmer
Director
State of South Carolina
Department of Insurance

Attachment

CC:   Rita B. Barker
      200 East Camperdown Way
      Greenville, SC   29601