# EXHIBIT D

# Proof of Service on Defendant General Security Indemnity Company of Arizona



# South Carolina
# Department of Insurance

Capitol Center
1201 Main Street, Suite 1000
Columbia, South Carolina 29201

**HENRY McMASTER**
Governor

**RAYMOND G. FARMER**
Director

Mailing Address:
P.O. Box 100105, Columbia, S.C. 29202-3105

May 14, 2021

CERTIFIED MAIL
RETURN RECEIPT REQUESTED
GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA
c/o Corporation Service Company
508 Meeting Street
West Columbia, SC 29169

Dear Sir:

On May 13, 2021, I accepted service of the attached Summons, Complaint and Answers to Interrogatories on your behalf. I am, hereby, forwarding that accepted process on to you pursuant to the provisions of S.C. Code Ann. § 38-45-170. By forwarding accepted process on to you, I am meeting a ministerial duty imposed upon me by S.C Code Ann. § 15-9-270. I am not a party to this case. The State of South Carolina Department of Insurance is not a party to this case. It is important for you to realize that service was effected upon your insurer on my date of acceptance for service.

You must promptly acknowledge in writing your receipt of this accepted process to sdubois@doi.sc.gov. When replying, please refer to File Number 183930, JW Aluminum Company v. GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA, et al., 2:21-cv-01034-BHH.

By:

*Gwendolyn Fuller* (signature)

Gwendolyn L Fuller.
General Counsel
(803)737-6732

Sincerely Yours,

Raymond G. Farmer
Director
State of South Carolina
Department of Insurance

Attachment

CC:   Rita B. Barker
      200 East Camperdown Way
      Greenville, SC   29601