| | |
|---|---|
| **From:** | Glaser, Gregory <Gregory.Glaser@marsh.com> |
| **Sent:** | Wednesday, August 26, 2020 5:15 PM |
| **To:** | Michael LeDuc |
| **Subject:** | RE: JW Aluminum - Boilermaker effective 7/1/20 |
| **Attachments:** | 2019 JW Aluminum SOV_Boilermaker.xlsx |

**[External]** This email originated from outside of Starr.

Correct Mike, the equipment is being sold.

I unfortunately don't have the exact details on what is being sold or what all was added outside of the value breakdown below. I am working on getting this along with additional COPE to add to the attached updated SOV.

Regards,

**Greg Glaser, CPCU**
Vice President – Placement Specialist

   3560 Lenox Road   **office** 404.995.3222
Suite 2400   **mobile** 404.625.3122
Atlanta, GA 30326   **email** gregory.glaser@marsh.com

**From:** Michael LeDuc <michael.leduc@starrcompanies.com>
**Sent:** Tuesday, August 25, 2020 6:50 PM
**To:** Glaser, Gregory <Gregory.Glaser@marsh.com>
**Subject:** RE: JW Aluminum - Boilermaker effective 7/1/20

Greg,
With regards to the endorsement, beyond a total dollar values, do have details as to what is being added and what is being sold scrapped? I assume that scrapped you mean sold, correct?

Thanks,

Michael


Michael C. LeDuc
Vice President/Regional Manager
Starr Technical Risk Agency, Inc. – A Member of Starr Companies
3353 Peachtree Road NE, Suite 1000
Atlanta, GA 30326

Phone:  404-260-1361
Fax:     404-946-1498
Cell:    404-626-5995

E-mail:  michael.leduc@starrcompanies.com

*****************************************************************

This e-mail and any attachments hereto are intended only for the use of the addressee(s) named herein and may be confidential, non-public, proprietary, protected by the attorney/client or other privilege.  Unauthorized reading, distribution, copying, saving or other use of this communication is prohibited and may be unlawful.  Receipt by anyone other than the named addressee(s) shall not be deemed a waiver of any privilege or protection.   If you are not a named addressee or if you believe that you have received this e-mail in error, please notify the sender immediately and delete all copies from your computer system without reading, distributing, copying, saving or otherwise using it in any manner.  We do not warrant or represent in any way that this communication is free of malicious software or potentially damaging defects.  All liability for any actual or alleged loss, damage, or injury arising out of or resulting in any way from the receipt, opening or use of this e-mail is expressly disclaimed.


*************************************************************

**From:** Glaser, Gregory <Gregory.Glaser@marsh.com>
**Sent:** Tuesday, August 25, 2020 9:47 AM
**To:** Michael LeDuc <michael.leduc@starrcompanies.com>
**Cc:** Giovanna Cothran <giovanna.cothran@starrcompanies.com>; Pee, Ashkea <Ashkea.Pee@marsh.com>; Dwyer, Carol N <Carol.Dwyer@marsh.com>
**Subject:** RE: JW Aluminum - Boilermaker effective 7/1/20

**[External]** This email originated from outside of Starr.

Mike,

Just following up on the endorsement.  Please send this over to Ashkea and Carol at your earliest.  Thanks.

Regards,

**Greg Glaser, CPCU**
**Vice President – Placement Specialist**



| 3560 Lenox Road | **office** 404.995.3222 |
| Suite 2400 | **mobile** 404.625.3122 |
| Atlanta, GA 30326 | **email** gregory.glaser@marsh.com |

**From:** Glaser, Gregory
**Sent:** Thursday, August 20, 2020 10:03 AM
**To:** Michael LeDuc <michael.leduc@starrcompanies.com>
**Cc:** Giovanna Cothran <giovanna.cothran@starrcompanies.com>
**Subject:** RE: JW Aluminum - Boilermaker effective 7/1/20

Hey Mike – you and I actually discussed this a while back when you first issued the policy and you guys issued the attached endorsement correcting the ADV.  Believe we should be all good on this, but let me know.

Also really appreciate if you can get that endorsement for Boilermaker confirmed/issued as soon as possible so I can inform the account team.  Thanks!

Regards,

**Greg Glaser, CPCU**
Vice President – Placement Specialist



| 3560 Lenox Road | **office** 404.995.3222 |
| Suite 2400 | **mobile** 404.625.3122 |
| Atlanta, GA 30326 | **email** gregory.glaser@marsh.com |

---

**From:** Michael LeDuc <michael.leduc@starrcompanies.com>
**Sent:** Tuesday, August 18, 2020 6:39 PM
**To:** Glaser, Gregory <Gregory.Glaser@marsh.com>
**Cc:** Giovanna Cothran <giovanna.cothran@starrcompanies.com>
**Subject:** RE: JW Aluminum - Boilermaker effective 7/1/20
**Importance:** High

Greg,
In looking over the endorsement and the policy, I noted that somehow we issued the original policy wrong. The Time Element deductible shows 10 x ADV TE and $ 826,000 for MT. Holly. We quoted and received binding confirmation from Lindsay that the Time Element deductible was 30 x ADV TE. We need to correct this.

Mike


Michael C. LeDuc
Vice President/Regional Manager
Starr Technical Risk Agency, Inc. – A Member of Starr Companies
3353 Peachtree Road NE, Suite 1000
Atlanta, GA 30326

Phone:  404-260-1361
Fax:      404-946-1498
Cell:      404-626-5995

E-mail:  michael.leduc@starrcompanies.com

******************************************************************

This e-mail and any attachments hereto are intended only for the use of the addressee(s) named herein and may be confidential, non-public, proprietary, protected by the attorney/client or other privilege.  Unauthorized reading, distribution, copying, saving or other use of this communication is prohibited and may be unlawful.  Receipt by anyone other than the named addressee(s) shall not be deemed a waiver of any privilege or protection.   If you are not a named addressee or if you believe that you have received this e-mail in error, please notify the sender immediately and delete all copies from your computer system without reading, distributing, copying, saving or otherwise using it in any manner.  We do not warrant or represent in any way that this communication is free of malicious software or potentially damaging defects.  All liability for any actual or alleged loss, damage, or injury arising out of or resulting in any way from the receipt, opening or use of this e-mail is expressly disclaimed.




***********************************************************

**From:** Glaser, Gregory <Gregory.Glaser@marsh.com>
**Sent:** Tuesday, August 18, 2020 6:26 PM
**To:** Michael LeDuc <michael.leduc@starrcompanies.com>
**Subject:** RE: JW Aluminum - Boilermaker effective 7/1/20

**[External]** This email originated from outside of Starr.

Thanks Mike.  Probably a rounding error; see math attached and let me know if we're good.  The account team is pushing to get this closed out ASAP.

Regards,

**Greg Glaser, CPCU**
**Vice President – Placement Specialist**



| 3560 Lenox Road | **office** 404.995.3222 |
| Suite 2400 | **mobile** 404.625.3122 |
| Atlanta, GA 30326 | **email** gregory.glaser@marsh.com |

**From:** Michael LeDuc <michael.leduc@starrcompanies.com>
**Sent:** Tuesday, August 18, 2020 11:56 AM
**To:** Glaser, Gregory <Gregory.Glaser@marsh.com>
**Subject:** RE: JW Aluminum - Boilermaker effective 7/1/20

Greg,
In principle I am ok with this, however my number was slightly higher - $ 43,271. Can you show your math?

Thanks,

Mike


Michael C. LeDuc
Vice President/Regional Manager
Starr Technical Risk Agency, Inc. – A Member of Starr Companies
3353 Peachtree Road NE, Suite 1000
Atlanta, GA 30326

Phone:  404-260-1361
Fax:     404-946-1498
Cell:     404-626-5995

E-mail:  michael.leduc@starrcompanies.com


******************************************************************

This e-mail and any attachments hereto are intended only for the use of the addressee(s) named herein and may be confidential, non-public, proprietary, protected by the attorney/client or other privilege.  Unauthorized reading, distribution, copying, saving or other use of this communication is prohibited and may be unlawful.  Receipt by anyone other than the named addressee(s) shall not be deemed a waiver of any privilege or protection.   If you are not a named addressee or if you believe that you have received this e-mail in error, please notify the sender immediately and delete

all copies from your computer system without reading, distributing, copying, saving or otherwise using it in any manner.  We do not warrant or represent in any way that this communication is free of malicious software or potentially damaging defects.  All liability for any actual or alleged loss, damage, or injury arising out of or resulting in any way from the receipt, opening or use of this e-mail is expressly disclaimed.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**From:** Glaser, Gregory <Gregory.Glaser@marsh.com>
**Sent:** Tuesday, August 18, 2020 11:41 AM
**To:** Grimes, Lindsay <Lindsay.Grimes@marsh.com>; Michael LeDuc <michael.leduc@starrcompanies.com>
**Cc:** Dwyer, Carol N <Carol.Dwyer@marsh.com>; Pee, Ashkea <Ashkea.Pee@marsh.com>
**Subject:** RE: JW Aluminum - Boilermaker effective 7/1/20
**Importance:** High

[External] This email originated from outside of Starr.

Mike,

Circling back on this.  Can you please confirm your agreement with the AP of $43,142?  Thanks.

Regards,

**Greg Glaser, CPCU**
**Vice President – Placement Specialist**



| 3560 Lenox Road | **office** 404.995.3222 |
| Suite 2400 | **mobile** 404.625.3122 |
| Atlanta, GA 30326 | **email** gregory.glaser@marsh.com |

**From:** Glaser, Gregory
**Sent:** Monday, August 10, 2020 12:06 PM
**To:** Grimes, Lindsay <Lindsay.Grimes@marsh.com>; Michael LeDuc <michael.leduc@starrcompanies.com>
**Cc:** Dwyer, Carol N <Carol.Dwyer@marsh.com>; Pee, Ashkea <Ashkea.Pee@marsh.com>
**Subject:** RE: JW Aluminum - Boilermaker effective 7/1/20

Hi Mike,

Just following up on the below.   Thanks.

Regards,

**Greg Glaser, CPCU**
**Vice President – Placement Specialist**



| 3560 Lenox Road | **office** 404.995.3222 |
| Suite 2400 | **mobile** 404.625.3122 |
| Atlanta, GA 30326 | **email** gregory.glaser@marsh.com |

**From:** Glaser, Gregory
**Sent:** Friday, July 17, 2020 2:15 PM
**To:** Grimes, Lindsay <Lindsay.Grimes@marsh.com>; Michael LeDuc <michael.leduc@starrcompanies.com>

Cc: Dwyer, Carol N <Carol.Dwyer@marsh.com>; Pee, Ashkea <Ashkea.Pee@marsh.com>
Subject: RE: JW Aluminum - Boilermaker effective 7/1/20

Mike,

Wanted to follow up on the below as I don't see you ever responded on this.  Can you please confirm your agreement and provide and endorsement adding Boilermaker?  Thanks.

Regards,

**Greg Glaser, CPCU**
Vice President – Placement Specialist



| 3560 Lenox Road | office  404.995.3222 |
| Suite 2400 | mobile  404.625.3122 |
| Atlanta, GA 30326 | email  gregory.glaser@marsh.com |

From: Grimes, Lindsay <Lindsay.Grimes@marsh.com>
Sent: Monday, June 15, 2020 5:57 PM
To: Michael LeDuc <michael.leduc@starrcompanies.com>
Cc: Glaser, Gregory <Gregory.Glaser@marsh.com>; Dwyer, Carol N <Carol.Dwyer@marsh.com>; Pee, Ashkea <Ashkea.Pee@marsh.com>
Subject: JW Aluminum - Boilermaker effective 7/1/20

Mike,

Effective 7/1/2020, boilermaker will officially be operational and coming off builder's risk.

click here to view a video demonstrating first metal through the caster and sheared.

The additional values for Boilermaker are $212,294,765.
- $23,860,579 building values
- $178,434,186 equipment values
- $10,000,000 BI values

At the same time, JW is scraping $60,000,000 of equipment at the existing Mt. Holly building.

The net TIV impact is $152,294,765.

At binding, your agreed rates were 0.211 for the existing Mt. Holly plant and 0.15 for the new Boilermaker facility. Based on these rates at binding, the pro rata additional premium is $43,142.

Please confirm your agreement.

Best,
Lindsay

**Lindsay Grimes**
Managing Director – Southeast Property Placement Hub Leader



| 3560 Lenox Road | office  404.995.3206 |
| Suite 2400 | mobile  404.216.4722 |
| Atlanta, GA 30326 | email  lindsay.grimes@marsh.com |

*********************************************************************
This e-mail, including any attachments that accompany it, may contain
information that is confidential or privileged. This e-mail is
intended solely for the use of the individual(s) to whom it was intended to be
addressed. If you have received this e-mail and are not an intended recipient,
any disclosure, distribution, copying or other use or
retention of this email or information contained within it are prohibited.
If you have received this email in error, please immediately
reply to the sender via e-mail and also permanently
delete all copies of the original message together with any of its attachments
from your computer or device.
*********************************************************************


*********************************************************************
This e-mail, including any attachments that accompany it, may contain
information that is confidential or privileged. This e-mail is
intended solely for the use of the individual(s) to whom it was intended to be
addressed. If you have received this e-mail and are not an intended recipient,
any disclosure, distribution, copying or other use or
retention of this email or information contained within it are prohibited.
If you have received this email in error, please immediately
reply to the sender via e-mail and also permanently
delete all copies of the original message together with any of its attachments
from your computer or device.
*********************************************************************


*********************************************************************
This e-mail, including any attachments that accompany it, may contain
information that is confidential or privileged. This e-mail is
intended solely for the use of the individual(s) to whom it was intended to be
addressed. If you have received this e-mail and are not an intended recipient,
any disclosure, distribution, copying or other use or
retention of this email or information contained within it are prohibited.
If you have received this email in error, please immediately
reply to the sender via e-mail and also permanently
delete all copies of the original message together with any of its attachments
from your computer or device.
*********************************************************************


*********************************************************************
This e-mail, including any attachments that accompany it, may contain
information that is confidential or privileged. This e-mail is
intended solely for the use of the individual(s) to whom it was intended to be
addressed. If you have received this e-mail and are not an intended recipient,
any disclosure, distribution, copying or other use or
retention of this email or information contained within it are prohibited.
If you have received this email in error, please immediately

reply to the sender via e-mail and also permanently
delete all copies of the original message together with any of its attachments
from your computer or device.
**********************************************************************