| | |
|---|---|
| **From:** | Hogan, Brendan <Brendan.hogan@pillsburylaw.com> |
| **Sent:** | Tuesday, March 2, 2021 6:03 PM |
| **To:** | Rocco, Charles; Brehony, Dawn M. |
| **Cc:** | Gillon, Peter M. |
| **Subject:** | JWA Mount Holly Fire Claim -- Response to Request for Information |
| **Attachments:** | JWA -- Response to Request for Information.pdf |

Charles and Dawn,

JWA's response to the request for information is attached.

JWA's documents are available here:

- sFTP URL: https://secureftp1.pillsburylaw.com
- sFTP Username: LSuser-00281
- sFTP Password: 6+t&r=GXT
- Unzip Password: Will be sent in a separate email.

**PRODUCTION VOLUME: JWALF001**
- BATES RANGE: JWALF00000001 – JWALF00029371
- DOCUMENT COUNT: 3,400
- PAGE COUNT: 29,371
- NATIVE COUNT: 609

After you have had a chance to review our letter, we would be happy to continue our prior conversation on these issues.

Best,

Brendan

**Brendan Hogan** | Pillsbury Winthrop Shaw Pittman LLP
Associate
1200 Seventeenth Street NW | Washington, DC 20036-3006
t +1.202.663.8120
Brendan.hogan@pillsburylaw.com | pillsburylaw.com

AUSTIN   BEIJING   HONG KONG   HOUSTON   LONDON   LOS ANGELES   MIAMI
NASHVILLE   NEW YORK   NORTHERN VIRGINIA   PALM BEACH   SACRAMENTO
SAN DIEGO   SAN DIEGO NORTH COUNTY   SAN FRANCISCO   SHANGHAI
SILICON VALLEY   TAIPEI   TOKYO   WASHINGTON, DC



The contents of this message, together with any attachments, are intended only for the use of the individual or entity to which they are addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the

original sender or the Pillsbury Winthrop Shaw Pittman Service Desk at Tel: 800-477-0770, Option 1, immediately by telephone and delete this message, along with any attachments, from your computer. Nothing in this message may be construed as a digital or electronic signature of any employee of Pillsbury Winthrop Shaw Pittman. Thank you.