# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| JW ALUMINUM COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> ACE American Insurance Company, Starr Technical Risks Agency, Inc., Westport Insurance Corporation, AIG Specialty Insurance Company, & General Security Indemnity Company of Arizona, <br><br> Defendants. | Civil Action No.: 2:21-cv-1034-BHH <br><br><br> NOTICE OF MOTION TO DISMISS |

**PLEASE TAKE NOTICE** that Defendant STARR TECHNICAL RISKS AGENCY, INC. ("Starr"), will move this Court, before the Honorable Bruce H. Hendricks at the United States District Court for the District of South Carolina, at the J. Waties Waring Judicial Center, 85 Broad Street, Charleston, South Carolina 29401, on a date and time designated by the Court, pursuant to Federal Rule of Civil Procedure 12(b)(6), to dismiss Plaintiff JW Aluminum Company's ("JWA") Complaint. In support of this motion, Starr will rely on the accompanying Memorandum of Law in Support of Motion to Dismiss, the Declaration of Charles J. Rocco and the exhibit thereto.

Dated: June 24, 2021
        Charleston, SC

                                             Respectfully Submitted,

                               By: s/Brian C. Duffy
                                    Brian C. Duffy, Fed Bar. No. 9491
                                    J. Rutledge Young, Jr., Fed. Bar No. 4432
                                    DUFFY & YOUNG, LLC
                                    96 Broad Street
                                    Charleston, South Carolina 29401
                                    (843) 720-2044 (phone)
                                    (843) 720-2047 (fax)
                                    bduffy@duffyandyoung.com
                                    jry@duffyandyoung.com