# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| *JW Aluminum Company,* <br><br> Plaintiff, <br> v. <br><br> *ACE American Insurance Company, Starr Technical Risks Agency, Inc., Westport Insurance Company, AIG Specialty Insurance Company, & General Security Indemnity Company of Arizona,* <br><br> Defendants. | Case No. Case No. 2:21-cv-01034-BHH <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff JW Aluminum Company ("Plaintiff"), by and through its undersigned counsel, hereby notices its dismissal, without prejudice, of all claims against Defendant Starr Technical Risks Agency, Inc. Voluntary dismissal pursuant to Rule 41(a)(1)(A)(i) is appropriate because Defendant Starr Technical Risks Agency, Inc. has not served an answer or a motion for summary judgment in this action.

Dated: July 22, 2021

Respectfully submitted,

s/Rita Bolt Barker
Matthew Richardson (D.S.C. No. 7791)
WYCHE, P.A.
807 Gervais Street, Suite 301
Columbia, South Carolina 29201
Telephone: 803-254-6642
Facsimile: 803-254-6544
mrichardson@wyche.com

Rita Bolt Barker (D.S.C. No. 10566)
200 East Camperdown Way
Post Office Box 728
Greenville, South Carolina 29602-0728

Telephone: 864-242-8235
Facsimile: 864-235-8900
rbarker@wyche.com

Peter M. Gillon *(Pro Hac Vice Application Forthcoming to)*
Brendan Hogan *(Pro Hac Vice Application Forthcoming to)*
Pillsbury Winthrop Shaw Pittman LLP
1200 Seventeenth Street NW
Washington, DC 20036-3006
Telephone: +1-202-663-8120
Email: brendan.hogan@pillsburylaw.com

*Attorneys for Plaintiff JW Aluminum Company*