# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| JW Aluminum Company,<br><br>     Plaintiff,<br><br>v.<br><br>ACE American Insurance Company,<br>Starr Technical Risks Agency, Inc.,<br>Westport Insurance Corporation,<br>AIG Specialty Insurance Company, &<br>General Security Indemnity Company of Arizona,<br><br>     Defendants. | Case No. 2:21-CV-01034-BHH<br><br>**ORDER SETTING BRIEFING SCHEDULE AND EXTENDING PAGE LIMITS** |
| ACE American Insurance Company,<br>Westport Insurance Corporation, &<br>General Security Indemnity Company of Arizona,<br><br>     Counter-Plaintiffs,<br><br>v.<br><br>JW Aluminum Company,<br><br>     Counter-Defendant. | |

The matter is before the Court on the Joint Motion to Set a Briefing Schedule and Extend Page Limits. After consideration of the parties' arguments, the Court finds the following:

1. The parties' request to set the briefing schedule below.

    The January 10, 2023 Second Amended Scheduling Order sets a March 28, 2023 deadline for the parties to file "[a]ll other motions, except those to complete discovery, those nonwaivable motions made pursuant to Fed. R. Civ. P. 12, and those relating to the admissibility of evidence at trial." That deadline is extended one week so that opening briefs for those motions shall now be filed on or before **April 4, 2023**. All other deadlines

contained in the January 10, 2023 Second Amended Scheduling Order remain in full force and effect.

The parties' briefs in response to motions filed in connection with the April 4 deadline shall be filed on or before **May 9, 2023**.

Any reply briefs in further support of motions filed in connection with the April 4 deadline shall be filed on or before **May 30, 2023**.

　_X___ GRANTED　　　　　　　　　____ DENIED

2.　The parties' request to increase the page limit provided under Local Civil Rule 7.05(B)(1) to permit the parties to file opening summary judgment briefs of up to 50 pages.

　__X__ GRANTED　　　　　　　　　____ DENIED

**IT IS SO ORDERED.**

s/Bruce Howe Hendricks
United States District Judge

March 23, 2023

Charleston, South Carolina