AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| JW Aluminum Company,<br>*Plaintiff*<br>v.<br>ACE American Insurance Company et al,<br>*Defendant* | )<br>)<br>)  Civil Action No. 2:21-cv-01034-BHH<br>)<br>)<br>)<br>) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☒ other: It is ORDERED that JWA's declaratory judgment claim (Count I) against Insurers is dismissed, It is further ORDERED that, for the reasons stated in the Court's December 15 Order, JWA's recovery is limited to $10 million under the terms of the Policies. Because Insurers have already paid or agreed to pay their share of that amount, the clerk is directed to enter a final take-nothing judgment against Plaintiff JWA for its breach of contract claim (Count II) against ACE, Westport, AIG, and GSINDA. It is further ORDERED that this judgment is final and appealable. All relief not granted herein is denied. It is further ORDERED that each party shall bear their own costs and fees.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

☒ Decided by the Honorable Bruce Howe Hendricks, United States District Judge, presiding.

Date:  February 28, 2024
Charleston, South Carolina

*ROBIN L. BLUME, CLERK OF COURT*

s/D. Gray

*Signature of Clerk or Deputy Clerk*