FILED: April 15, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1229
(2:21-cv-01034-BHH)
_____

JW ALUMINUM COMPANY

      Plaintiff - Appellant

v.

ACE AMERICAN INSURANCE COMPANY; WESTPORT INSURANCE CORPORATION; AIG SPECIALTY INSURANCE COMPANY; GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA

      Defendants - Appellees

_____

M A N D A T E
_____

The judgment of this court, entered March 10, 2025, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*